

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| LEONARD LEWIS BROWNING, | § | No. 08-16-00187-CR |
| Appellant, | § | Appeal from the |
| v. | § | 426th District Court |
| THE STATE OF TEXAS, | § | of Bell County, Texas |
| State. | § | (TC# 74768) |
| | § | |

# O R D E R

Pending before the Court is Appellant's pro se motion for access to the appellate record. The motion is GRANTED. It is therefore ORDERED that the Bell County District Clerk forward a copy of the clerk's record and reporter's record, and any supplemental, to the Appellant, Leonard Lewis Browning, 4502 Kind Way, Austin, Texas, 78725. Appellant is directed to notify the Court within thirty days whether he intends to file a brief. It is further ORDERED that the record shall be returned to the Bell County District Clerk after Appellant's brief is filed or further order of the Court. The District Clerk is directed to notify the Court in writing of the date on which the record was forwarded to the Appellant for his use.

IT IS SO ORDERED this 8th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.